456 A.2d 1104

Commonwealth v. Nixon, Appellant.

Submitted November 16, 1982. Elaine DeMasse, Assistant Public De-

fender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

Judgment of sentence affirmed.